# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-2560
LT Case No. 2021-CF-1123-A

_____

CHRISTIAN GEORGES JOHNSTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
James E. Kallaher, Judge.

James T. Forman, of Law Offices of Jason T. Forman, P.A., Fort Lauderdale, for Appellant.

James Uthmeier, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.

December 11, 2025

PER CURIAM.

AFFIRMED.

JAY, C.J., and WALLIS and BOATWRIGHT, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————